IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFTON JAMES WILLIAMS, | : | Case No. 4:13-cv-01962 |
| | : | |
| Petitioner | : | (Brann, J.) |
| | : | |
| v. | : | (Mehalchick, M.J.) |
| | : | |
| MARY SABOL, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

July 10, 2014

On March 24, 2014, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation (ECF No. 11) (hereinafter, the "R&R") in which she advised the Court to deny petitioner Williams's petition for a writ of habeas corpus "without prejudice to renewal at such time, if any, as the delay and detention become unreasonable and excessive." Williams did not file objections, so the Court has reviewed the R&R for clear error and obvious non-conformity with well-established law. See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (although Court is not required to review magistrate judge's report absent objections, "the better practice is for the district judge to afford some level of

review to dispositive legal issues raised by the report"). The Court will adopt the R&R in its entirety.

NOW, THEREFORE, IT IS HEREBY ORDERED that the March 24, 2014 R&R (ECF No. 11) is ADOPTED and Williams's petition is DENIED without prejudice. This case is remanded to Magistrate Judge Mehalchick.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge